814

No. 89–1804. CORRIGAN ET AL. v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 89–1807. BROWN v. CITY OF SEATTLE. Super. Ct. Wash., King County. Certiorari denied.

No. 89–1808. WILSON v. SECURITY INSURANCE CO. Sup. Ct. Conn. Certiorari denied.

No. 89–1810. SAUL v. PENNSYLVANIA CIVIL SERVICE COMMISSION ET AL. Commw. Ct. Pa. Certiorari denied.

No. 89–1811. ATLANTIC RICHFIELD CO., INC. v. KIMBRO. C. A. 9th Cir. Certiorari denied.

No. 89–1813. JOHN v. JOHN ET AL. Ct. App. Wis. Certiorari denied.

No. 89–1814. ESTEP v. LIBERTY HOMES, INC., ET AL. Sup. Ct. Va. Certiorari denied.

No. 89–1815. TOZZI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–1816. USX CORP. v. GREEN ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1818. SMITH v. MCDONALD. C. A. 4th Cir. Certiorari denied.

No. 89–1819. MCCABE v. PELIZZONI ET AL. Ct. App. Okla. Certiorari denied.

No. 89–1820. TRENT, EXECUTRIX OF THE ESTATE OF COLLINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–1822. MADARANG ET AL. v. BERMUDES, EXECUTIVE DIRECTOR, COMMONWEALTH HEALTH PLANNING AND DEVELOPMENT AGENCY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1824. HARMATH v. GOLER ET AL. Sup. Ct. Ohio. Certiorari denied.